IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02203-WDM-BNB

KEVIN LAVENT BROWN,

Plaintiff,

v.

H.S.A. SANDY HARRIS,
P. A. GREG ROBINSON,
P. A. CHRISTINE MILLER,
ASST. WARDEN RANDY FOSHEE,
MJR. LINDA MAYFIELD,
CAPT. ELOY JARAMILLO,
LT. MIKE TRITZ, and
WARDEN JAMES ABBOTT,

Defendants.

_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for Jury Trial of Rights** (the "Motion"), filed December 2, 2005. The plaintiff requests that the Court schedule a jury trial "at the very earliest possible court jury trial date."

The plaintiff filed his Prisoner Complaint (the "Complaint") on October 21, 2005. The defendants responded to the Complaint with a motion to dismiss on January 30, 2006. The plaintiff's response to the motion to dismiss is not due until February 28, 2006. Discovery has yet not commenced. The plaintiff's request for a trial date is premature.

IT IS ORDERED that the Motion is DENIED.

Dated February 6, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge