IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-02203-WDM-BNB

KEVIN LAVENT BROWN,

    Plaintiff,

v.

H.S.A. SANDY HARRIS,
P.A. GREG ROBINSON,
P.A. CHRISTINE MILLER,
ASST. WARDEN RANDY FOSHEE,
MJR. LINDA MAYFIELD,
CAPT. ELOY JARAMILLO,
LT. MIKE TRITZ, and
WARDEN JAMES ABBOTT,

    Defendants.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

This matter is before me on the recommendation of Magistrate Judge Boyd. N. Boland, issued February 1, 2006, that the "Request to Limit Defense for Permanent Injunction," filed December 2, 2005, by plaintiff Kevin Brown be denied. Brown has not objected to the recommendation and is not entitled to *de novo* review. 28 U.S.C. § 636(b).

I have reviewed the pertinent portions of the record, including the Request to Limit Defense and the recommendation. I agree with Magistrate Judge Boland that Brown has not established the right to injunctive relief and that the request is frivolous because it is unrelated to the claims asserted in this action and seeks relief against individuals not named in this case. Therefore, I will accept the recommendation.

Accordingly, it is ordered:

1. The recommendation issued by Magistrate Judge Boland on February 2, 2006, is accepted.

2. Plaintiff's Request to Limit Defense, filed December 2, 2005 (Docket No. 9), is denied.

DATED at Denver, Colorado, on April 4, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge