IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   05-cv-02203-WDM-BNB

KEVIN LAVENT BROWN,

    Plaintiff(s),

v.

H.S.A. SANDY HARRIS, et al.,

    Defendant(s).

_____

**ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE**
_____

    This matter is before me on the Recommendation of Magistrate Judge Boyd N. Boland, issued June 27, 2006, that this case be dismissed with prejudice in so far as Plaintiff sues Defendants in their official capacities and dismissed without prejudice for failure to exhaust administrative remedies.  Plaintiff filed objections to the recommendation, and I will consider him entitled to *de novo* review pursuant to Fed. R. Civ. P. 72(b) and 28 U.S.C. § 636.  I have reviewed the pertinent portions of the record *de novo*, including the parties' various pleadings, the recommendation and the Plaintiff's objections.  I conclude the Recommendation should be accepted in part and rejected in part.

    With regard to the dismissal of the claim against Defendants in their official capacities, I agree with Magistrate Judge Boland that this claim is barred by the Eleventh Amendment and under the circumstances does not fall within the *Ex Parte*

*Young* exception. I therefore will accept this recommendation.

Concerning the second recommendation that Plaintiff has failed to exhaust his remedies as required by the Prison Litigation Reform Act (PLRA) in 42 U.S.C. § 1997e(a), I am guided by the direction of *Steele v. Federal Bureau of Prisons*, 355 F.3d 1204 (10th Cir. 2003). Magistrate Judge Boland found that the record did not disclose that Plaintiff had filed the appropriate Step 3 grievances against these Defendants. Plaintiff objects, referring to various documents indicating he had pursued Step 3 grievances concerning the lower bunk restriction at issue. *See* Grievance Officer Anthony A. DeCesaro February 2, 2006 letter rejecting Plaintiff's Step 3 grievance, attached as Exhibit X to Plaintiff's objections to Magistrate's Recommendation. He also points to the Department of Corrections computer printout which indicates that his June 27, 2005 Step 3 grievance triggered the previous exhibit. *See* Exhibit C-3A attached to Plaintiff's Objections to Magistrate Recommendation. It appears, therefore, that this grievance was filed prior to commencement of this action in November 2005. The fact that the response was not sent for several months does not prevent a prisoner from exhausting his remedies for purposes of the PLRA. The failure to respond to a grievance for whatever reason in effect renders the administrative remedy unavailable and should not prevent a prisoner's right to file a lawsuit. *See Jernigan v. Stuchell*, 304 F.3d 1030, 1032 (10th Cir. 2002).

A motion to dismiss on the failure to exhaust remedies may be decided pursuant to Fed. R. Civ. P. 12(b)(6). When doing so, I may refer not only to the complaint but also the supplemental documents to determine exhaustion. *Steele, 355 F.3d at* 1212.

Viewing the complaint and supplemental documents in the light most favorable to Plaintiff, I conclude he may well prove he exhausted his administrative remedies.  Thus dismissal pursuant to Rule 1(b)(6) is not appropriate on this record.   As a consequence, the recommendation for dismissal without prejudice should be rejected.

Accordingly, it is ordered:

1.  The recommendation of Magistrate Judge Boyd N. Boland, issued June 27, 2006, is accepted in part, rejected in part and modified in the following manner:

a.  The recommendation to dismiss the Plaintiff's official capacity claims is accepted and those claims are dismissed with prejudice; and

b.  The recommendation to dismiss the remaining claims without prejudice is rejected and that motion is denied without prejudice; and

c.  Defendants' Motions to Dismiss, filed January 30, 2006 (Docket No. 12) and April 4, 2006 (Docket No. 33), are granted in part and denied in part.

d.  All other claims of Plaintiff remain pending.

DATED at Denver, Colorado, on September 29, 2006.

BY THE COURT:


s/ Walker D. Miller
United States District Judge