IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02203-WDM-BNB

KEVIN LAVENT BROWN,

Plaintiff,

v.

H.S.A. SANDY HARRIS,
P. A. GREG ROBINSON,
P. A. CHRISTINE MILLER,
ASST. WARDEN RANDY FOSHEE,
MJR. LINDA MAYFIELD,
CAPT. ELOY JARAMILLO,
LT. MIKE TRITZ, and
WARDEN JAMES ABBOTT,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1) Plaintiff's **Motion for Jury Trial of Rights** [Doc. # 60, filed 10/27/2006]; and

(2) **Plaintiff's Exhibits or Evidence for Supplemental Pleadings** filed October 27,

2006.

I heard argument concerning these matters during the scheduling conference this morning

and made rulings on the record, which are incorporated here. In summary and for the reasons

stated on the record:

IT IS ORDERED that the *Motion for Jury Trial of Rights* is GRANTED IN PART and

DENIED IN PART, as follows:

GRANTED insofar as it constitutes a jury demand pursuant to Fed. R. Civ. P. 38(b); and

DENIED in all other respects.

IT IS FURTHER ORDERED that the *Plaintiff's Exhibits or Evidence for Supplemental Pleadings* is STRICKEN. The Clerk of the Court is directed to return the materials to the plaintiff.

Dated November 2, 2006.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge