IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02203-WDM-BNB

KEVIN LAVENT BROWN,

Plaintiff,

v.

H.S.A. SANDY HARRIS,
P. A. GREG ROBINSON,
P. A. CHRISTINE MILLER,
ASST. WARDEN RANDY FOSHEE,
MJR. LINDA MAYFIELD,
CAPT. ELOY JARAMILLO,
LT. MIKE TRITZ, and
WARDEN JAMES ABBOTT,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following motions filed by the plaintiff on February 14,

2007 (the "Motions"):

    (1)    **Motion for Leave to Serve Additional Interrogatories** [Doc. # 93];

    (4)    **Motion for Leave to Serve Additional Request for Admissions** [Doc. # 94];

and

    (5)    **Motion for Leave to Serve Additional Request for Production of Documents**

[Doc. # 95].

I have not imposed any limitations on the number of interrogatories, requests for

admissions, or requests for production of documents.  Accordingly,

IT IS ORDERED that the Motions are DENIED AS MOOT. The plaintiff is free to serve the additional discovery.

Dated February 16, 2007.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge