IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02203-WDM-BNB

KEVIN LAVENT BROWN,

Plaintiff,

v.

H.S.A. SANDY HARRIS,
P. A. GREG ROBINSON,
P. A. CHRISTINE MILLER,
ASST. WARDEN RANDY FOSHEE,
MJR. LINDA MAYFIELD,
CAPT. ELOY JARAMILLO,
LT. MIKE TRITZ, and
WARDEN JAMES ABBOTT,

Defendants.

_____

**ORDER**
_____

This matter is before me on **Plaintiff's Motion Seeking Leave of Court to File an Amended Complaint** [Doc. #87, filed 1/30/07] (the "Motion").  The Motion is GRANTED.

The plaintiff filed his initial Prisoner Complaint on November 2, 2005 [Doc. #3].  The plaintiff seeks leave to file an amended complaint.  The defendants object to the proposed amendments only to the extent the plaintiff seeks damages against them in their official capacities because these claims have already been dismissed.  *Order on Recommendation of Magistrate Judge* [Doc. #53, filed 9/29/06].  I do not construe the proposed amended complaint to assert claims against the defendants in their official capacities.  Accordingly,

IT IS ORDERED that Plaintiff's Motion Seeking Leave of Court to File an Amended Complaint is GRANTED.  The Clerk of the Court is directed to accept for filing the Amended Complaint tendered on January 30, 2007.

Dated February 22, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge