IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02203-WDM-BNB

KEVIN LAVENT BROWN,

Plaintiff,

v.

H.S.A. SANDY HARRIS,
P. A. GREG ROBINSON,
P. A. CHRISTINE MILLER,
ASST. WARDEN RANDY FOSHEE,
MJR. LINDA MAYFIELD,
CAPT. ELOY JARAMILLO,
LT. MIKE TRITZ, and
WARDEN JAMES ABBOTT,

Defendants.

_____

# ORDER

_____

This matter is before me on **Plaintiff's Exhibits of Evidence for Supplemental**

**Pleadings** [Exhibit 1 to Doc. #138, filed 5/1/07].  The exhibits do not appear to be submitted in

support of any pending matter in this case.  Accordingly,

IT IS ORDERED that the exhibits are STRICKEN.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to return the exhibits

to the plaintiff.

Dated May 11, 2007.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge