IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02203-WDM-BNB

KEVIN LAVENT BROWN,

Plaintiff,

v.

H.S.A. SANDY HARRIS,
P. A. GREG ROBINSON,
P. A. CHRISTINE MILLER,
ASST. WARDEN RANDY FOSHEE,
MJR. LINDA MAYFIELD,
CAPT. ELOY JARAMILLO,
LT. MIKE TRITZ, and
WARDEN JAMES ABBOTT,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Compel Discovery** [Doc. #138, filed 5/10/07] (the "Motion"). The plaintiff seeks to compel responses to several requests for documents from defendant James Abbott . The defendant states that the majority of the requested documents have been provided and that the remaining requested documents do not exist. Accordingly,

IT IS ORDERED that the Motion is DENIED.

Dated June 12, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge