IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02203-WDM-BNB

KEVIN LAVENT BROWN,

Plaintiff,

v.

H.S.A. SANDY HARRIS,
P. A. GREG ROBINSON,
P. A. CHRISTINE MILLER,
ASST. WARDEN RANDY FOSHEE,
MJR. LINDA MAYFIELD,
CAPT. ELOY JARAMILLO,
LT. MIKE TRITZ, and
WARDEN JAMES ABBOTT,

Defendants.
_____

**ORDER**
_____

This matter is before me on the defendants **Motion to Strike Plaintiff's "Brief in Support of Response", or, in the Alternative, Motion for Enlargement of Time and Page Limit** [Doc. #161, filed 9/12/07].  The Motion is GRANTED.

The defendants filed a Motion for Summary Judgment and supporting brief on June 25, 2007 [Docs. #150 and #151].  The brief in support of the Motion for Summary Judgment is typewritten and double-spaced, is 20 pages in length, and contains 86 pages of exhibits.  In their "Statement of Undisputed Material Facts," the defendants set forth 42 separately numbered paragraphs.  Each paragraph contains a single material fact which is asserted to be undisputed, and a citation to supporting evidence.

On July 27, 2007, the plaintiff filed a response to the Motion for Summary Judgment. *Brief in Support of Response* [Doc. #155]. The response is typewritten and single-spaced, is 34 pages in length, and contains 230 pages of exhibits. The response does not specifically admit or deny any of the defendants' 42 asserted undisputed material factual statements. Instead, the plaintiff sets forth his own "Statement of Undisputed Material Facts" which consists of 99 separate paragraphs asserted in 17 pages.

The response is prolix and confusing. It is impossible to discern which material facts, if any, the plaintiff admits and which material facts he disputes. Accordingly, the response is STRICKEN.

The plaintiff shall file an amended response to the defendants' Motion for Summary Judgment. The response shall not exceed 20 typewritten *double-spaced* pages, and shall not contain more than 100 pages of exhibits. The response shall include a section entitled "Response to Statement of Undisputed Material Facts" in which the plaintiff shall admit or deny the defendants' asserted undisputed facts in the same order as presented by the defendants. Any denial shall include a brief factual explanation of the reasons with specific reference to material in the record supporting the denial. If the plaintiff believes there are additional disputed or undisputed material facts, his response shall include a section entitled "Statement of Additional Disputed or Undisputed Material Facts," setting forth each in numbered, sequential paragraphs with specific references to the supporting evidence.

IT IS ORDERED that the defendants' Motion to Strike Plaintiff's "Brief in Support of Response", or, in the Alternative, Motion for Enlargement of Time and Page Limit [Doc. #161, filed 9/12/07] is GRANTED.

IT IS FURTHER ORDERED that the plaintiff's Brief in Support of Response [Doc. #155] is STRICKEN.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to return to the plaintiff the Brief in Support of Response and the attached original exhibits [Doc. #155 and Doc. #156, parts 1-5].

IT IS FURTHER ORDERED that on or before **October 29, 2007**, the plaintiff shall file an amended response to the defendants' Motion for Summary Judgment in accordance with this Order.  Failure to file an amended response which complies with this Order may be deemed a failure to respond to the Motion for Summary Judgment.

Dated October 1, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge