IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| **Civil Action No.** 05-cv-02203-WDM-BNB | FTR BNB COURTROOM A-401 |
| **Date:** January 18, 2008 | Geneva D. Mattei, Deputy Clerk |

KEVIN L. BROWN,                                                   PRO SE

        Plaintiff,

v.

SANDY HARRIS,                                                   Jess Dance
H.S.A.
GREG ROBINSON,
P.A.
CHRISTINE MILLER,
P.A.
RANDY FOSHEE,
Asst. Warden
LINDA MAYFIELD,
Mjr.
ELOY JARAMILLO,
Capt.
MIKE TRITZ,
Lt.
JAMES E. ABBOTT,
Warden

        Defendants.

## COURTROOM MINUTES

**STATUS CONFERENCE**

Court in Session:     9:11 a.m.

Court calls case.

Appearances of Counsel and plaintiff.

Discussion regarding defendants motion for summary judgment.

Oral motion by defendants to withdraw their motion for summary judgment filed June 25, 2007 and for leave to file motion for summary judgment.

**ORDERED:** **Oral motion by defendants to withdraw their motion for summary judgment filed June 25, 2007; doc. 150 and for leave to file motion for summary judgment is granted as stated on the record. Defendants have to and including February 29, 2008 to file motion for summary judgment. Plaintiff has to and including April 15, 2008 to respond.**

Court in Recess: 9:27 a.m. Hearing concluded

Total In-Court Time: 00:16