IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02203-WDM-BNB

KEVIN LAVENT BROWN,

Plaintiff,

v.

H.S.A. SANDY HARRIS,
P. A. GREG ROBINSON,
P. A. CHRISTINE MILLER,
ASST. WARDEN RANDY FOSHEE,
MJR. LINDA MAYFIELD,
CAPT. ELOY JARAMILLO,
LT. MIKE TRITZ, and
WARDEN JAMES ABBOTT,

Defendants.
_____

**ORDER**
_____

This matter arises in connection with **Defendants' Motion for Summary Judgment** [Doc. # 150, filed 6/25/2007] and the plaintiff's **Amended Response** [Doc. # 172, filed 10/29/2007]. In each instance, the parties rely on documents which have not been authenticated; and on the truth of the statements contained in those documents which are hearsay for which the parties have no evidence establishing and exception to the hearsay rule which would allow the statements to be admitted into evidence.

In connection with a motion for summary judgment, the moving party bears the initial burden of demonstrating by reference to portions of pleadings, depositions, answers to interrogatories and admissions on file, together with affidavits, if any, the absence of genuine

issues of material fact. Celotex Corp. V. Catrett, 447 U.S. 317, 323 (1986). The party opposing the motion then is required to go beyond the pleadings and by affidavits, depositions, answers to interrogatories and admissions on file, designate specific facts showing that there is a genuine issue for trial. Id. at 324. I emphasize that only admissible evidence may be considered when ruling on a motion for summary judgment. World of Sleep, Inc. v. La-Z-Boy Chair Co., 756 F.2d 1467, 1474 (10th Cir. 1985).

The defendants moved orally to withdraw their motion for summary judgment with leave to refile, and the plaintiff did not object.

IT IS ORDERED that the defendants' oral motion to withdraw Defendants' Motion for Summary Judgment is GRANTED.

IT IS FURTHER ORDERED that the Defendants' Motion for Summary Judgment [Doc. # 150] is DENIED AS WITHDRAWN.

IT IS FURTHER ORDERED that the defendants are granted leave to file a renewed motion for summary judgment, consistent with our discussion this morning, on or before **February 29, 2008**. The plaintiff shall respond to the renewed motion for summary judgment on or before **April 15, 2008**. The defendants may reply on or before **April 30, 2008**.

Dated January 18, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge